## LYNN v. UNITED STATES.
### No. 9879.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 27, 1949.

Decided Feb. 7, 1949.

Mr. W. Theophilus Jones, of Washington, D. C., with whom Mr. Otho D. Branson, of Washington, D. C., was on the brief, for appellant.

Mr. Edward L. Carey, Assistant United States Attorney, of Fairlington, Va., with whom Messrs. George Morris Fay, United States Attorney, John D. Lane and Sidney S. Sachs, Assistant United States Attorneys, all of Washington, D. C., were on the brief for appellee. Mrs. Grace B. Stiles, Assistant United States Attorney, of Washington, D. C., also entered an appearance for appellee.

Before EDGERTON and WILBUR K. MILLER, Circuit Judges, and HOLTZOFF, District Judge, sitting by designation.

PER CURIAM.

 This appeal is from a conviction of assault with intent to rape. Appellant disputes the sufficiency of the evidence. But from what he said and did during the violent assault he committed upon a woman he did not know, we think it may well be regarded as clear beyond a reasonable doubt that he intended to commit rape. Cf. Robinson v. United States, 78 U.S.App.D.C. 63, 136 F.2d 283. The Hammond case (Hammond v. United States), 75 U.S.App. D.C. 397, 127 F.2d 752, in which the defendant was well acquainted with the prosecuting witness and used no violence, throws no doubt upon the sufficiency of the present evidence. The possibility that appellant fell too far short of success to be conventionally regarded as guilty of *attempt* to rape is immaterial, like the fact that rape itself was not committed.

Affirmed.

## Louis G. KARZIS, Appellant, v. Louis COUREMBIS, Appellee.
### No. 9832.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 28, 1949.

Decided Feb. 7, 1949.

Mr. Louis G. Karzis, appellant, pro se.

Mr. Louis M. Denit, of Washington, D. C., with whom Messrs. A. Leckie Cox and Thomas S. Jackson, both of Washington, D. C., were on the brief, for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.